Case 87-02320-M Document 38-2 Filed in USBC ND/OK on 02/02/2007 Page 1 of 43

87 Closed 10/16/97

B 100 (11/86) BANKRUPTCY DOCKET

| 341 MEETING (Date, Time, Loc.) | CLAIM DEADLINE | DIST. NO. | OFF. NO. | DOCKET NUMBER YR-NUMBER |
|---|---|---|---|---|
| 12-17-87 @ 10:30am | | 1085 | 4 | 87-02320-WM |
| **DISCHARGE HEARING (Date, Time, Loc.)** | **523/727 COMPLAINT** | **DATE PETITION FILED** | **REOPENED** | **CHECK IF APPLICABLE ◄ Joint Petition** |
| | | 8-25-87 | REO Ø | X |

CLOSED

**DEBTOR**

| NAME OF DEBTOR (Last, First, Middle) | NAME OF JOINT DEBTOR |
|---|---|
| DAWSON, SIDNEY | DAWSON, MARTHA |
| **AKA/DBA** | **AKA/DBA** |
| Afri American Supply Company, Inc. | None |
| **SS or EMPLOYER ID** | **SS or EMPLOYER ID** |
| 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 | 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 |
| **ADDRESS OF DEBTOR** | **ADDRESS OF JOINT DEBTOR** |
| 2025 West Xyler<br>Tulsa, Oklahoma 74127 | 2025 West Xyler<br>Tulsa, Oklahoma 74127 |

| NAME OF COUNTY | COUNTY CODE | NAME OF JUDGE | JUDGE CODE | TRUSTEE CODE |
|---|---|---|---|---|
| Osage | 40113 | M.D. Wilson | A301 | |

**TYPE OF CASE (Check one box)**

X ◄ Voluntary | ◄ Involuntary

**COMMENCED UNDER (Check One Box)**

| | | | |
|---|---|---|---|
| X | ◄ Ch. 7 | | ◄ Ch. 11 Railroad |
| | ◄ Ch. 7 Broker | | ◄ Ch. 12 |
| | ◄ Ch. 9 | X | ◄ Ch. 13 |
| | ◄ Ch. 11 | | ◄ Sec. 304 |

**NATURE OF DEBTOR (Check One Box)**

X ◄ BUSINESS (Complete below) | ◄ WAGE EARNER (do not complete below)

**IF BUSINESS, FORM OF ORGANIZATION (Check One Box)**

| | | | |
|---|---|---|---|
| | ◄ Individual | | ◄ Partnership |
| | ◄ Corp. Publicly Held | X | ◄ Corp. Closely-Held |

**TYPE OF BUSINESS (Check One Box)**

| | | | | | |
|---|---|---|---|---|---|
| | ◄ Farmer | | ◄ Transportn | | ◄ Construction |
| | ◄ Profess. | | | | ◄ Real Estate |
| X | ◄ Retail/Whsle. | | ◄ Mftr./Mining | | ◄ Other Business |

**ESTIMATED NO. CREDITORS**

| 1-15 | 16-49 | 50-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ |

**ESTIMATED ASSETS (IN 000'S OF DOLLARS)**

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ |

**ESTIMATED LIABILITIES (IN 000'S OF DOLLARS)**

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

**EST. NUMBER OF EMPLOYEES - CH.11 AND CH. 12 ONLY**

| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

**EST. NO. OF EQUITY SECURITY HOLDERS-CH.11 AND CH.12 ONLY**

| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

| ATTORNEY FOR DEBTOR (NAME, ADDRESS AND TELEPHONE NUMBER) | TRUSTEE (NAME, ADDRESS AND TELEPHONE NUMBER) |
|---|---|
| OTIS W. WILLIAMS, JR.<br>PO box 6339<br>Tulsa, Oklahoma 74148<br>(918) 428-2575 | NOT REAPPOINTED IN THE REOPENED CASE<br>LONNIE D. ECK<br>1508 South Carson<br>Tulsa, Oklahoma 74119<br>(918) 599-9901 |

| Date of Entry | Document Number | BANKRUPTCY CASE RECORD | Date of Entry | Document Number | BANKRUPTCY CASE RECORD |
|---|---|---|---|---|---|
| | | Application and Order for Payment of Installment Filing Fee | | | Order/Notice to File Claims and Certificate of Mailing |
| | | | | | Notice of Discharge Hearing/and Certificate of Mailing |
| | | | | | Notice of Confirmation Hearing and Certificate of Mailing |
| 9-24-87 | 9 | ~~Statement of Affairs and Schedules~~ (or Ch.13 Statement) | 12/21/87 | 24 | Section 341 Meeting conducted |
| 10-22-87 | 11 | Schedule of Income and Expenditures | 4-5-88 | 33 | Discharge entered |
| | | Statement of Debtor's Intentions | | | Notice of Discharge & Certificate of Mailing |
| | | Appointment of Trustee | | | Trustee's Final Report: ☐ No Asset ☐ Asset |
| | | Trustee's Bond & Order Approving/Trustee Acceptance | | | Orders of Final Distribution |
| 11-18-87 | 19 | Notice of Section 341 Meeting & Certificate of Mailing | | | Order Closing Case |

| DATE FILED | DATE OF ENTRY | DOCUMENT NUMBER | BANKRUPTCY CASE RECORD |
|---|---|---|---|
| 8-25-87 | 9-1-87 | 1 | 12:15p.m. PETITION, Exhibit B.kit |
| 8-25-87 | 9-1-87 | 2 | STATEMENT of Attorney's Compensation.kit |
| 8-25-87 | 9-1-87 | 3 | NOTICE To Individual Consumer Debtors.kit |
| 8-25-87 | 9-1-87 | 4 | MATRIX.kit |
| 9-18-87 | 9-18-87 | 5 | ORDER Directing debtor to mail filed proposed plan.kit |
| 9-18-87 | 9-18-87 | 6 | CERTIFICATE of mailing of order directing debtor to mail filed proposed plan. |
| 9-18-87 | 9-18-87 | 7 | NOTICE of order for Meeting of Creditors set for OCTOBER 13, 1987 @ 11:00A.M; Confirmation hearing set for NOVEMBER 10, 1987 @ 9:30A.M.; Notice of automatic stay; Certificate of mailing.kit (20) |
| 9-22-87 | 9-24-87 | 8 | STATEMENT of executory contracts.kit |
| 9-22-87 | 9-24-87 | 9 | CHAPTER 13 Statement.kit |
| 9-22-87 | 9-24-87 | 10 | CHAPTER 13 Plan.kit |
| | 10-13-87 | | MEETING of creditors held. Meeting of creditors concluded as to Sidney Dawson only. Counsel stated will file application to excuse Martha Dawson. Trustee has no objection.ma |
| 10-13-87 | 10-22-87 | 11 | SCHEDULE of Current Income and Expenses. cah |
| 10-13-87 | 10-22-87 | 12 | ENTRY of Appearance and Request for Service of Notices and Other Documents by Brian J. Rayment on behalf of GMAC. cah |
| 10-13-87 | 10-22-87 | 13 | APPLICATION to Waive Appearance by Debtor, Martha Dawson. cah |
| 10-26-87 | 11-3-87 | 14 | OBJECTION to Chapter 13 plan by GMAC.kit |
| 10-28-87 | 11-3-87 | 15 | ORDER excusing Martha Dawson from Meeting of Creditors.kit |
| 11-3-87 | 11-3-87 | 16 | CERTIFICATE of mailing of order excusing Martha Dawson from Meeting of Creditors.kit |
| 11-10-87 | 11-13-87 | | MINUTE: Oral application to convert to Chapter 7, Granted.kit |
| 11-13-87 | 11-13-87 | 17 | ORDER of Conversion to Chapter 7 granted November 10, 1987.kit |
| 11-13-87 | 11-13-87 | 18 | CERTIFICATE of mailing of order of conversion.kit (20) |
| ~~11-17-87~~ | ~~11-17-87~~ | ~~19~~ | ~~APPOINTMENT of Trustee by Bankruptcy Judge and Order Approving Trustee's Bond.~~ Bgs (entered in error. Bgs |
| ~~11-17-87~~ | ~~11-17-87~~ | ~~20~~ | ~~ACCEPTANCE of Appointment by Trustee.~~ Bgs (entered in error. Bgs) |
| 11-18-87 | 11-18-87 | 19 | ORDER entered for meeting of creditors **DECEMBER 17, 1987 at 10:30 a.m.** and fixing 60 days after first date set for meeting of creditors, as the last day for filing objections to discharge and filing complaints to determine dischargeability of certain debts and Certificate of Mailing. ( )ss |
| 11-12-87 | 12-03-87 | 20 | TRUSTEE'S Final Report and Accounting and Application for Order Discharging Trustee and Exonerating Bond. cah |
| 12-03-87 | 12-03-87 | 21 | NOTICE of Hearing on Trustee's Final Account set January 6, 1987, at 11:30 a.m. cha |
| 12-03-87 | 12-03-87 | 22 | CERTIFICATE of Mailing of Notice of Hearing. (18) cah |
| 12-15-87 | 12-17-87 | 23 | MOTION to Modify Stay and Supporting Brief by MidAmerica Federal SAvings & Loan Assoc. sj |

Case 87-02320-M Document 38-2 Filed in USBC ND/OK on 02/02/2007 Page 3 of 4

PAGE DAWSON, Sidney and Martha

87-02320
DOCKET NUMBER

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| DEC 18 1987 | DEC 22 1987 | 24 | MEETING OF CREDITORS HELD. DEBTOR(S) APPEARING IN PERSON AND BY ATTORNEY: SWORN AND EXAMINED. UPON FAILURE OF THE CREDITORS TO ELECT A TRUSTEE THE INTERIM TRUSTEE CONTINUES IN OFFICE. MEETING CONCLUDED. TRUSTEE ADOPTS SCHEDULES AS INVENTORY. NO INVENTORY TO BE FILED. ma |
| 12-18-87 | 12-23-87 | 25 | TRUSTEE'S Report of No Distribution. lag |
| 1-6-88 | 1-8-88 | | MINUTE: Hearing on Final Account; Report of Trustee heard and approved, Trustee discharged, per Order. jv |
| 1-6-88 | 1-8-88 | 26 | ORDER approving trustee's final accounting, discharging trustee, and exonerating bond. kit (CC: Lonnie Eck, US Trustee, Sidney & Martha Dawson, Otis W. Williams) |
| ~~JAN 06 1987~~ | | ~~24~~ | ~~MEETING OF CREDITORS HELD. DEBTOR(S) APPEARING IN PERSON AND BY ATTORNEY: SWORN AND EXAMINED. UPON FAILURE OF THE CREDITORS TO ELECT A TRUSTEE THE INTERIM TRUSTEE CONTINUES IN OFFICE. MEETING CONCLUDED. TRUSTEE ADOPTS SCHEDULES AS INVENTORY. NO INVENTORY TO BE FILED.~~ ma entered in error MA |
| 1-15-88 | 1-20-88 | 27 | ORDER granting relief from stay and abandonment of property of the estate of MidAmerica Federal Savings and Loan Assoc.kit (CC: Otis T. Williams, debtors, Lonnie Eck, US Trustee) |
| 1-20-88 | 1-21-88 | 28 | MOTION for Relief from Automatic Stay and NOTICE of intent to seek order of Abandonment by Guthrie Savings & Loan Assoc. sj |
| 2-4-88 | 2-5-88 | 29 | NOTICE of Intent to Seek Abandonment by Tulsa Federal Employees Credit Union.kit |
| 2-8-88 | 2-9-88 | 30 | REQUEST for Order for Relief from Automatic Stay and Notice of Intent to seek Order of Abandonment by Guthrie Savings & Loan Assoc. sj |
| 2-9-88 | 2-9-88 | 31 | ORDER Granting Relief from Stay and Abandoning property upon Motion of Guthrie Savings & Loan Association. sj |
| 2-25-88 | 2-25-88 | 32 | ORDER for Abandonment upon Notice of Intent to seek Abandonment by Tulsa Federal Employees Credit Union. sj |
| APR 5 1988 | APR 5 1988 | 33 | DISCHARGE OF DEBTOR ENTERED. gc |
| APR 07 1988 | APR 07 1988 | 34 | Certificate of mailing copy of Order of Discharge. |
| JUN 22 1989 | JUN 22 1989 | 35 | FINAL DECREE<br>CLOSED JUN 22 1989 |
| 05-26-93 | 05-28-93 | 36 | MOTION by Debtors to Reopen Estate. sh |
| 06-01-93 | 06-02-93 | 37 | ORDER Reopening Case without Appointment of a Trustee R# 27209, $ 120.00 pd. sh |

PAGE

DOCKET NUMBER

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| 06-30-93 | 07-01-93 | 38 | AMENDMENT TO Matrix. jnr |
| 06-30-93 | 07-01-93 | | "ADVERSARY Proceeding No. 93-0194-W Commenced: Sidney Dawson d/b/a Afri-American Supply Company, Inc. vs. Kenneth L. Unruh and Astro World Travel, Inc. (Fee Not Required)cab |
| 07-02-93 | 07-07-93 | 39 | AMENDMENT To Schedule F. (R#27961, $20.pd.)jr |
| 11-18-96 | 11-21-96 | 40 | COPY of Notice of Appeal (original filed in Adv. Pro. #93-0194-W)nm |
| ~~01-22-97~~ | ~~01-22-97~~ | | ~~ADVERSARY Proceeding No. 93-0194-W CONCLUDED(Fee Not Required). cab~~ ENTERED IN ERROR. CAB |
| 07-14-97 | 07-15-97 | 41 | COPY of Judgment of U.S. Bankruptcy Appellate Panel Affirming Bankruptcy Court. (re:pl#40 & Adv. #93-0194-M)nm |
| 10-15-97 | 10-15-97 | | ADVERSARY No. 93-0194-M CONCLUDED. (Fee Not Required) cab |
| 10-16-97 | 10-16-97 | 42 | FINAL DECREE CLOSED bd |

87

Conv. to Ch. 7 (11-10-87) Closed 10/16/97

B 100 (11/86) BANKRUPTCY DOCKET

| | | | | |
|---|---|---|---|---|
| 341 MEETING (Date, Time, Loc.)<br>12-17-87 @ 10:30am | CLAIM DEADLINE | ~~CLOSED~~<br>DIST. NO.<br>1085 | OFF. NO.<br>4 | DOCKET NUMBER<br>YR-NUMBER<br>87-02320-WM |
| DISCHARGE HEARING (Date, Time, Loc.) | 523/727 COMPLAINT | DATE PETITION FILED<br>8-25-87 | REOPENED<br>REO<br>Ø | CHECK IF APPLICABLE<br>X ◀ Joint Petition |

**DEBTOR**

| | |
|---|---|
| NAME OF DEBTOR (Last, First, Middle)<br>DAWSON, SIDNEY | NAME OF JOINT DEBTOR<br>DAWSON, MARTHA |
| AKA/DBA<br>Afri American Supply Company, Inc. | AKA/DBA<br>None |
| SS or EMPLOYER ID<br>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 | SS or EMPLOYER ID<br>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 |
| ADDRESS OF DEBTOR<br>2025 West Xyler<br>Tulsa, Oklahoma 74127 | ADDRESS OF JOINT DEBTOR<br>2025 West Xyler<br>Tulsa, Oklahoma 74127 |

| NAME OF COUNTY | COUNTY CODE | NAME OF JUDGE | JUDGE CODE | TRUSTEE CODE |
|---|---|---|---|---|
| Osage | 40113 | M.D. Wilson | A301 | |

**TYPE OF CASE (Check one box)**

X ◀ Voluntary ☐ ◀ Involuntary

**COMMENCED UNDER (Check One Box)**

| | | | |
|---|---|---|---|
| X | ◀ Ch. 7 | | ◀ Ch. 11 Railroad |
| | ◀ Ch. 7 Broker | | ◀ Ch. 12 |
| | ◀ Ch. 9 | ~~X~~ | ◀ Ch. 13 |
| | ◀ Ch. 11 | | ◀ Sec. 304 |

**NATURE OF DEBTOR (Check One Box)**

X ◀ BUSINESS (Complete below) ☐ ◀ WAGE EARNER (do not complete below)

**IF BUSINESS, FORM OF ORGANIZATION (Check One Box)**

| | | | |
|---|---|---|---|
| | ◀ Individual | | ◀ Partnership |
| | ◀ Corp. Publicly Held | X | ◀ Corp. Closely-Held |

**TYPE OF BUSINESS (Check One Box)**

| | | | | | |
|---|---|---|---|---|---|
| | ◀ Farmer | | ◀ Trans-portatn | | ◀ Construction |
| | ◀ Profess. | | | | ◀ Real Estate |
| X | ◀ Retail/ Whsle. | | ◀ Mftr./ Mining | | ◀ Other Business |

ESTIMATED NO. CREDITORS

| 1–15 | 16–49 | 50–99 | 100–999 | 1000–over |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ |

ESTIMATED ASSETS (IN 000'S OF DOLLARS)

| Under 50 | 50–99 | 100–499 | 500–999 | 1000–over |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ |

ESTIMATED LIABILITIES (IN 000'S OF DOLLARS)

| Under 50 | 50–99 | 100–499 | 500–999 | 1000–over |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

EST. NUMBER OF EMPLOYEES – CH.11 AND CH. 12 ONLY

| 0 | 1–19 | 20–99 | 100–999 | 1000–over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

EST. NO. OF EQUITY SECURITY HOLDERS–CH.11 AND CH.12 ONLY

| 0 | 1–19 | 20–99 | 100–999 | 1000–over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

| ATTORNEY FOR DEBTOR (NAME, ADDRESS AND TELEPHONE NUMBER) | TRUSTEE (NAME, ADDRESS AND TELEPHONE NUMBER) |
|---|---|
| | NOT REAPPOINTED IN THE REOPENED CASE |
| OTIS W. WILLIAMS, JR.<br>PO box 6339<br>Tulsa, Oklahoma 74148<br>(918) 428-2575 | LONNIE D. ECK<br>1508 South Carson<br>Tulsa, Oklahoma 74119<br>(918) 599-9901 |

| Date of Entry | Document Number | BANKRUPTCY CASE RECORD | Date of Entry | Document Number | BANKRUPTCY CASE RECORD |
|---|---|---|---|---|---|
| | | Application and Order for Payment of Installment Filing Fee | | | Order/Notice to File Claims and Certificate of Mailing |
| | | | | | Notice of Discharge Hearing/and Certificate of Mailing |
| | | | | | Notice of Confirmation Hearing and Certificate of Mailing |
| 9-24-87 | 9 | ~~Statement of Affairs and Schedules~~ (or Ch.13 Statement) | 12/21/87 | 24 | Section 341 Meeting conducted |
| 10-22-87 | 11 | Schedule of Income and Expenditures | 4-5-88 | 33 | Discharge entered |
| | | Statement of Debtor's Intentions | | | Notice of Discharge & Certificate of Mailing |
| | | Appointment of Trustee | | | Trustee's Final Report: ☐ No Asset ☐ Asset |
| | | Trustee's Bond & Order Approving/ Trustee Acceptance | | | Orders of Final Distribution |
| 11-18-87 | 19 | Notice of Section 341 Meeting & Certificate of Mailing | | | Order Closing Case |

Case 87-02320-M Document 38 Filed in USBC ND/OK on 02/02/2007 Page 2 of 2

PAGE DAWSON, Sidney and Martha

87-02320
DOCKET NUMBER

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| DEC 18 1987 | DEC 22 1987 | 24 | MEETING OF CREDITORS HELD. DEBTOR(S) APPEARING IN PERSON AND BY ATTORNEY: SWORN AND EXAMINED. UPON FAILURE OF THE CREDITORS TO ELECT A TRUSTEE THE INTERIM TRUSTEE CONTINUES IN OFFICE. MEETING CONCLUDED. TRUSTEE ADOPTS SCHEDULES AS INVENTORY. NO INVENTORY TO BE FILED. ma |
| 12-18-87 | 12-23-87 | 25 | TRUSTEE'S Report of No Distribution. lag |
| 1-6-88 | 1-8-88 | | MINUTE: Hearing on Final Account; Report of Trustee heard and approved, Trustee discharged, per Order. jv |
| 1-6-88 | 1-8-88 | 26 | ORDER approving trustee's final accounting, discharging trustee, and exonerating bond. kit (CC: Lonnie Eck, US Trustee, Sidney & Martha Dawson, Otis W. Williams) |
| ~~JAN 06 1987~~ | | ~~27~~ | ~~MEETING OF CREDITORS HELD. DEBTOR(S) APPEARING IN PERSON AND BY ATTORNEY: SWORN AND EXAMINED. UPON FAILURE OF THE CREDITORS TO ELECT A TRUSTEE THE INTERIM TRUSTEE CONTINUES IN OFFICE. MEETING CONCLUDED. TRUSTEE ADOPTS SCHEDULES AS INVENTORY. NO INVENTORY TO BE FILED.~~ ma entered in error MA |
| 1-15-88 | 1-20-88 | 27 | ORDER granting relief from stay and abandonment of property of the estate of MidAmerica Federal Savings and Loan Assoc.kit (CC: Otis T. Williams, debtors, Lonnie Eck, US Trustee) |
| 1-20-88 | 1-21-88 | 28 | MOTION for Relief from Automatic Stay and NOTICE of intent to seek order of Abandonment by Guthrie Savings & Loan Assoc. sj |
| 2-4-88 | 2-5-88 | 29 | NOTICE of Intent to Seek Abandonment by Tulsa Federal Employees Credit Union.kit |
| 2-8-88 | 2-9-88 | 30 | REQUEST for Order for Relief from Automatic Stay and Notice of Intent to seek Order of Abandonment by Guthrie Savings & Loan Assoc. sj |
| 2-9-88 | 2-9-88 | 31 | ORDER Granting Relief from Stay and Abandoning property upon Motion of Guthrie Savings & Loan Association. sj |
| 2-25-88 | 2-25-88 | 32 | ORDER for Abandonment upon Notice of Intent to seek Abandonment by Tulsa Federal Employees Credit Union. sj |
| APR 5 1988 | APR 5 1988 | 33 | DISCHARGE OF DEBTOR ENTERED. gc |
| APR 07 1988 | APR 07 1988 | 34 | Certificate of mailing copy of Order of Discharge |
| JUN 22 1989 | JUN 22 1989 | 35 | FINAL DECREE |
| | | | CLOSED JUN 22 1989 |
| 05-26-93 | 05-28-93 | 36 | MOTION by Debtors to Reopen Estate. sh |
| 06-01-93 | 06-02-93 | 37 | ORDER Reopening Case without Appointment of a Trustee R# 27209, $ 120.00 pd. sh |